# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DeMoss, Jr., Harold R. | U.S. 5th Cir. Ct of Appeals | 05/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge -Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
515 Rusk, Suite 12015
Houston, Texas 77002

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Board of Trustees, Open Door Mission |
| 2. | Member | Advisory Committee, Compact for America |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMoss, Jr., Harold R. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMoss, Jr., Harold R. | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMoss, Jr., Harold R. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Raymond James Trustee for IRA -See assets 2-27 | | | | | | | | | |
| 2. Duke Energy | B | Dividend | K | T | Buy | 06/20/13 | K | | |
| 3. Abbvie, Inc | A | Dividend | K | T | Buy | 03/15/13 | K | | |
| 4. | | | | | Sold | 06/20/13 | K | A | |
| 5. DWS Strategic Gov Sec Fund | B | Dividend | K | T | | | | | |
| 6. Enterprise Products | A | Dividend | K | T | | | | | |
| 7. COHEN & STEERS | C | Dividend | K | T | Sold (part) | 03/18/13 | L | | |
| 8. NATIONAL RETAIL PROPERTIES | C | Dividend | | | Sold | 03/18/13 | K | B | |
| 9. Kraft Foods, Inc. | A | Dividend | | | Sold | 03/15/13 | K | D | |
| 10. Verizon Communications, Inc. | B | Dividend | K | T | | | | | |
| 11. Kinder Morgan Energy Partners UT LTD Partner | B | Dividend | K | T | | | | | |
| 12. Bank of Montreal | B | Dividend | K | T | | | | | |
| 13. Century Link | B | Dividend | K | T | Buy (add'l) | 06/20/13 | J | | |
| 14. Procter & Gamble | A | Dividend | K | T | | | | | |
| 15. H.J. Heinz | A | Dividend | K | T | | | | | |
| 16. Intel Corporation | A | Dividend | K | T | | | | | |
| 17. Linn Energy | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMoss, Jr., Harold R. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Nucor | A | Dividend | | | Sold | 07/11/13 | K | B | |
| 19. R.J. Bank Deposit | A | Distribution | J | T | | | | | |
| 20. Northern Trust Co▇ | | None | J | T | | | | | |
| 21. Well Fargo Bank | A | Interest | K | T | | | | | |
| 22. Sowell▇, Ltd | | None | J | T | | | | | |
| 23. Sunoco, Inc. | A | Royalty | J | T | | | | | |
| 24. Devon Energy Operating Co. | A | Royalty | J | T | | | | | |
| 25. EnerVest Operating,LLC | B | Royalty | J | T | | | | | |
| 26. Prudential Ins. of America | A | Interest | J | T | | | | | |
| 27. BBX Operating, LLC | C | Royalty | J | T | Open | 07/02/13 | J | | |
| 28. Raymond James Trustee for Broker Acct 1 - See assets 29-42 | | | | | | | | | |
| 29. Cummings, Inc. | A | Dividend | K | T | | | | | |
| 30. Gwth Fd of America | A | Dividend | L | T | | | | | |
| 31. Kraft | A | Dividend | J | T | | | | | |
| 32. Mondelez | A | Dividend | J | T | Spinoff (from line 31) | | | | |
| 33. Emerrson EL | A | Dividend | K | T | | | | | |
| 34. Chevron | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMoss, Jr., Harold R. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cullen Frost | A | Dividend | K | T | | | | | |
| 36. Intel Corporation | A | Dividend | K | T | | | | | |
| 37. Kinder Morgan | A | Dividend | K | T | | | | | |
| 38. United Parcel | A | Dividend | K | T | | | | | |
| 39. ETFS Pyhsical Swiss Gold SHS | | None | K | T | Sold | 12/31/13 | J | | |
| 40. National Oil Well | A | Dividend | K | T | | | | | |
| 41. United Technology | A | Dividend | K | T | | | | | |
| 42. BHP Billiton | A | Dividend | K | T | | | | | |
| 43. R.J. Bank Deposit | A | Distribution | K | T | | | | | |
| 44. Raymond James Trustee for Broker Acct II - See assets 44-56 | | | | | | | | | |
| 45. AT&T | A | Dividend | J | T | | | | | |
| 46. NEXTERA ENERGY | A | Dividend | J | T | | | | | |
| 47. CenturyLink | A | Dividend | J | T | | | | | |
| 48. Nestle SA ADRs | A | Distribution | J | T | Buy | 03/01/13 | K | | |
| 49. Weingarten Rlty Invs Sh Ben Int Reit | A | Dividend | J | T | | | | | |
| 50. Enterprise Prod | A | Dividend | J | T | | | | | |
| 51. H.J.Heinz | A | Dividend | | | Sold | 03/01/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | DeMoss, Jr., Harold R. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. McDonalds Corp | A | Dividend | J | T | | | | | |
| 53. Verizon | A | Dividend | J | T | | | | | |
| 54. R.J. Bank Acct | A | Distribution | J | T | | | | | |
| 55. Raymond James IRA Account II-See assets 55-56 | | | | | | | | | |
| 56. Enterprise Products | A | Dividend | J | T | | | | | |
| 57. R.J. Bank Deposit | A | Distribution | J | T | | | | | |
| 58. Raymond James Trustee for Broker Acct III-See Assets 58-63 | | | | | | | | | |
| 59. Kentucky Asset/Liability Commn Agy Fund | B | Interest | | | Redeemed | 09/01/13 | K | A | |
| 60. Nueces River Auth TX Water Supply | B | Interest | K | T | | | | | |
| 61. Dahlonega Georgia Downtown Dev. Authority | A | Interest | K | T | | | | | |
| 62. El Paso CountyCP CTF PARTN | A | Interest | K | T | | | | | |
| 63. Johnson County KS PUB BLDC | A | Interest | K | T | Buy | 08/28/13 | K | | |
| 64. R.J. Bank Deposit | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMoss, Jr., Harold R. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. The organization indicated in Part I, line 1 is a non-profit charitable organization and Judge DeMoss is not an "income beneficiary" of this organization. The organization indicated on line 2 is a non-profit educational organization and Judge DeMoss is not an "income beneficiary" of tha organization.

Part VII. The asset shown on line 27, BBX Operating, LLC, began paying royalty in July. 2013 on mineral rights owned in Polk, County, Texas. The asset shown on line 32, Mondelez, is a spinoff of Kraft, line 31, an asset that was partially sold on October 2, 2012 as reported on line 39 of Judge DeMoss's 2012 FDR.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Harold R. DeMoss, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544